UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

| | |
|---|---|
| DOUGLAS G. VOGEL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CAUSE NO.: 3:09-CV-423-TS |
| | ) |
| CVS # 8646, | ) |
| | ) |
| Defendant. | ) |

## ORDER

Douglas G. Vogel, proceeding *pro se*, filed an Employment Discrimination Complaint against his previous employer, CVS # 8646. On April 13, 2010, he filed a Motion for a Total or Partial Summary Judgment [DE 23]. However, two days later, on April 15, he filed a Motion to Withdraw Total or Partial Summary Judgment [DE 24], stating that the dispute that prompted his Motion (the legality of a medical release) had been worked out.

The Court now GRANTS the Motion to Withdraw [DE 24]. The Motion for Summary Judgment [DE 23] is terminated as a pending motion.

SO ORDERED on April 28, 2010.

 s/ Theresa L. Springmann
THERESA L. SPRINGMANN
UNITED STATES DISTRICT COURT
FORT WAYNE DIVISION